The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BEAZLEY INSURANCE COMPANY, INC., | NO. 2:24-cv-01713-JNW |
| Plaintiff, | NOTICE OF SETTLEMENT |
| v. | |
| THE ALACER GROUP, LLC and ALACER TECHNOLOGY SOLUTIONS, LLC, | |
| Defendants. | |

Pursuant to LCR 11, Plaintiff Beazley Insurance Company, Inc. ("Beazley") and Defendants The Alacer Group, LLC and Alacer Technology Solutions, LLC ("Alacer") hereby advise the Court that a settlement has been reached between Beazley and Alacer.

Counsel for the parties are currently drafting settlement documents. As soon as such documents are executed and the settlement is otherwise finalized, Beazley and Alacer will file a stipulated notice of voluntary dismissal. The parties respectfully request that 60 days be allowed for them to do so, and that all case schedule deadlines be vacated.

NOTICE OF SETTLEMENT - 1
No. 2:24-cv-01713-JNW

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 10th day of February 2025.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants

By   s/ *Brendan Winslow-Nason*
      Brendan Winslow-Nason, WSBA #39328
      Stephanie Hon, WSBA #62123
      600 University Street, Suite 2915
      Seattle, Washington 98101
      206.467.6477
      bwinslow-nason@gordontilden.com
      shon@gordontilden.com

NOTICE OF SETTLEMENT - 2
No. 2:24-cv-01713-JNW

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477